# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MYIA WOODS**                                                                                    **PLAINTIFF**

**V.**                                            **4:20CV00706 JM**

**SAMSUNG ELECTRONICS OF AMERICA, INC.;**
**XYZ CORPORATIONS (whose name is otherwise unknown**
**but will be ascertained)**                                                                **DEFENDANTS**

## ORDER

Pursuant to Rule 41(a)(2), Plaintiff's motion to dismiss (ECF No. 12) is GRANTED. The Court notes that Plaintiff's right to re-file these claims against Samsung Electronics of America, Inc. is subject to Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files the claims against Samsung Electronics of America, Inc.

The Motion to Dismiss (ECF No 12) is GRANTED. Samsung Electronics of America's Motion for Summary Judgment (ECF No. 9) is MOOT. The Clerk is directed to close the case. The trial scheduled for June 21, 2021 is cancelled.

IT IS SO ORDERED this 13th day of April, 2021.

_____
James M. Moody Jr.
United States District Judge